1  DAVID B. TILLOTSON (State Bar # 148162)
   Dtillotson@lpslaw.com
2  RAVI D. SAHAE (State Bar # 276113)
   Rsahae@lpslaw.com
3  LELAND, PARACHINI, STEINBERG,
     MATZGER & MELNICK, LLP
4  135 Main Street, Suite 1200
   San Francisco, California 94105
5  Telephone: (415) 957-1800
   Facsimile: (415) 974-1520
6
7  Attorneys for Plaintiffs DAKOTA NOTE, LLC,
   NATURAL SOFTWARE SYSTEMS INC.
   MONEY PURCHASE PENSION PLAN,
8  TANYA WALTIMYER, and JASON
   GREENFIELD

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>NARIMAN SEYED TEYMOURIAN,<br><br>   Debtor. | Case No. 23-bk-30668 DM<br><br>Chapter 7<br><br>Adv No. 24-03002 |
| DAKOTA NOTE, LLC, NATURAL SOFTWARE SYSTEMS, INC. MONEY PURCHASE PENSION PLAN, TANYA WALTIMYER, and JASON GREENFIELD,<br><br>   Plaintiffs,<br><br>   vs.<br><br>N,<br><br>   Defendants. | **MEMORANDUM RE: GAIL MARIE SUZANNE TEYMOURIAN** |

{GREENP/0002/PLD/02133705.DOCX}

Defendant GAIL MARIE SUZANNE TEYMOURIAN ("Mrs. Teymourian") is properly a party to Plaintiffs and Creditors DAKOTA NOTE, LLC, NATURAL SOFTWARE SYSTEMS, INC. MONEY PURCHASE PENSION PLAN, TANYA WALTIMYER, and JASON GREENFIELD (collectively "Plaintiffs") Adversary Complaint. An adversary complaint is the proper procedure to assert nondischargeability against a nondebtor community property spouse. Plaintiffs also note that the Bankruptcy Court has continuing jurisdiction over Mrs. Teymourian after her Bankruptcy dismissal last year.

First, the subject judgment debt against Debtor and Mrs. Teymourian arises from a settlement agreement they both signed. The settlement agreement concerned loans which Debtor and Mrs. Teymourian had borrowed to develop and improve their Barry Lane residence. Accordingly, the debt is a community debt under the principles of community property law. Cal. Fam. Code Sec. 910; See, e.g., *In re Rollinson*, 322 B.R. 879, 882 (Bankr. D. Ariz. 2005).

Bankruptcy law allows nondischargeability to be raised against non-debtor community property spouses. *In re Kimmel*, 378 B.R. 630, 636–637 (B.A.P. 9th Cir. 2007), aff'd (9th Cir. 2008) 302 Fed.Appx. 518.) The procedure for asserting nondischargeability against a non-debtor spouse is to file an adversary complaint, and in such event, "due process concerns dictate that the nondebtor spouse be made a party to the proceeding." *In re Lockhart-Johnson*, 631 B.R. 38, 47 (B.A.P. 9th Cir. 2021). Such nondebtor spouse is considered a "required" (formerly known as "necessary") party to the nondischargeability complaint. *Id.*; See also, *Id.* at 50-54 ("Compulsory joinder of a nondebtor spouse in community property jurisdictions has long been recognized as appropriate") (Klein, J., concurring opinion).)

Second, it should be noted that the Bankruptcy Court continued to have subject matter jurisdiction over Mrs. Teymourian following the dismissal of her bankruptcy – at least for core proceedings such as exceptions to discharge. *In re John Richards Homes Bldg. Co., L.L.C.*, 405 B.R. 192, 210 (E.D. Mich. 2009) ("[B]ankruptcy courts retain jurisdiction over core proceedings beyond the dismissal or closure of the underlying bankruptcy case"); 28 U.S.C. 157(b)(2)(I) (nondischargeability is core proceeding). And, Mrs. Teymourian has appeared in the action and therefore subjected herself to personal jurisdiction.

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
135 MAIN STREET, SUITE 1200
SAN FRANCISCO, CALIFORNIA 94105
TEL (415) 957-1800 • FAX (415) 974-1520

1. Accordingly, Mrs. Teymourian is properly a party to this adversary proceeding.

DATED: May 28, 2024

LELAND, PARACHINI, STEINBERG,
MATZGER & MELNICK, LLP

By:     */s/Ravi D. Sahae*
David B. Tillotson
Ravi D. Sahae
Attorneys for Plaintiffs DAKOTA NOTE, LLC, NATURAL SOFTWARE SYSTEMS INC. MONEY PURCHASE PENSION PLAN, TANYA WALTIMYER, and JASON GREENFIELD